# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

**CLOSED**

| | |
|---|---|
| DATASCOPE CORP., *et al*, | Civil Action No.: 13-3638 (JLL) |
| *Plaintiff(s)*, | |
| v. | **O R D E R** |
| TELEFLEX INCORPORATED, *et al*, | |
| *Defendant(s)*. | |

It appearing that it has been reported to the Court that the above captioned matter has been settled:

**It is on this 3RD day of APRIL, 2014;**

**ORDERED**, that this action be and hereby is dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if the settlement is not consummated; and, it is further,

**ORDERED**, that the Clerk shall close the file in this matter.

JOSE L. LINARES, U.S.D.J.